RECEIVED



JUN 2 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| HERMAN J. ROSS | * | CIVIL ACTION NO. 6:11-0400 |
| VERSUS | * | JUDGE DOHERTY |
| MILK PRODUCTS, L.L.C. | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss filed by Milk Products, L.L.C. d/b/a Borden ("Borden")[rec. doc. 7] is **GRANTED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _28_ day of _June_, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE